

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00298-CV

| | | |
|---|---|---|
| Jerald Miller | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2011-003194-3) |
| v. | § | May 21, 2015 |
| Sheree Lucas | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The fifth paragraph of the second page of the judgment is modified so that it reads: "IT IS FURTHER ORDERED that the property commonly known as 3621 North Littlejohn Avenue, Fort Worth, Texas 76105, be conveyed immediately, in fee simple, to Plaintiff Sheree Lucas, as her sole and separate property, free of encumbrances placed upon the property since March 9, 2007." The sixth paragraph of the second page of the judgment is ordered deleted in its entirety. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker